Decided September 18, 1996

## STATE OF CONNECTICUT *v.* DANVOIR TEEL

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 500 (AC 14868), is denied.

*Howard T. Owens, Jr.*, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

Decided September 18, 1996